

FILED

JUN 12 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | **5:24 CR 00222** |
| | ) | |
| v. | ) | |
| | ) | |
| TERRANCE D.N. MCCORMICK, aka | ) | CASE NO. _____ |
| TNasty, | ) | Title 18, United States Code, |
| JONEZ S. AMMONS, aka Nez, | ) | Sections 922(g)(1), 924(a)(8), |
| JONNELL L. AMMONS, aka Nell, | ) | and 924(c)(1)(A)(i); Title 21, |
| KARIM S. DAVIS, | ) | United States Code, Sections |
| TYLER J. SANDS, | ) | 841(a)(1), (b)(1)(A), (b)(1)(B), |
| ASHLEY E. STEINER, | ) | (b)(1)(C), 843(b) and 846 |
| JONTE J. AVERIETT, aka Sticks, | ) | |
| | ) | **JUDGE NUGENT** |
| Defendants. | ) | |
| | ) | |

COUNT 1
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and
Fentanyl, 21 U.S.C. § 846)

The Grand Jury charges:

1.     From in or around May 2023, and continuing to in or around January 2024, the

exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and

elsewhere, Defendants TERRANCE D.N. MCCORMICK, aka TNasty; JONEZ S. AMMONS,

aka Nez; JONNELL L. AMMONS, aka Nell; KARIM S. DAVIS; TYLER J. SANDS; ASHLEY

E. STEINER; JONTE J. AVERIETT, aka Sticks; and others, known and unknown to the Grand

Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and

with each other and with diverse others, known and unknown to the Grand Jury, to distribute and

to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

   a. As to MCCORMICK, he conspired to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

   b. As to JONEZ S. AMMONS, he conspired to distribute and to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

   c. As to JONNELL L. AMMONS, he conspired to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

   d. As to DAVIS, he conspired to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

       e.    As to SANDS, he conspired to distribute and to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); and 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

       f.    As to STEINER, she conspired to distribute and to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

       g.    As to AVERIETT, he conspired to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

       2.    Before JONEZ S. AMMONS committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute Cocaine Base, in United States District Court for the Northern District of Ohio case number 5:12CR315, on or about January 31, 2013, for which he served more than 12 months imprisonment and for which

he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

3.     Before JONNELL L. AMMONS committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute and Distribution of Heroin, in United States District Court for the Northern District of Ohio case number 5:12CR317, on or about February 5, 2013, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## MANNER AND MEANS OF THE CONSPIRACY

4.     It was part of the conspiracy that:

    a.     MCCORMICK obtained methamphetamine and fentanyl from drug suppliers for distribution.

    b.     MCCORMICK used AVERIETT and others to distribute fentanyl to drug customers.

    c.     JONEZ S. AMMONS, JONNELL L. AMMONS, DAVIS, SANDS, STEINER, and others purchased methamphetamine and fentanyl from MCCORMICK for distribution to drug customers.

    d.     MCCORMICK and other members of the conspiracy maintained and used residences and commercial buildings in Akron, Ohio, as locations at which to store and distribute controlled substances.

    e.     Members of the conspiracy possessed firearms in furtherance of the drug trafficking activity of the conspiracy.

f.      Members of the conspiracy communicated using cellular telephones, code words, and phrases to further the drug trafficking activity of the conspiracy. (Where appropriate, interpretations of the meaning of various conversations, words, phrases, and quantities of drugs discussed are included in parentheses herein.)

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

5.      In furtherance of the conspiracy, and to affect the goals and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio and elsewhere, including, but not limited to, the following:

a.      On or about May 3, 2023, at approximately 3:17 p.m., G.H., a male whose identity is known to the grand jury, called MCCORMICK on the telephone. During the call, MCCORMICK instructed, "Tell him to get that s—t outta there. Just clean up around it. Get them scales and s—t outta there." G.H. responded, "At the spot (2xxx East Avenue, Akron, Ohio)?" MCCORMICK answered, "Get that gun out the office with that switch (machinegun conversion device) in it…Tell Nez (JONEZ S. AMMONS) to get that gat (firearm) outta there…Hurry up, ni—a! Hurry up, ni—a!" G.H. asked, "Did you leave the key to the car?" MCCORMICK answered, "Put the s—t in a bag and just sit the s—t in a dumpster, bro." G.H. replied, "A'right." MCCORMICK instructed, "Get that gat outta here. Hurry up!" G.H. asked, "Hey, is that the only s—t that you got in the ceiling?" MCCORMICK responded, "Yup, that's it." G.H. replied, "A'right."

b.      On or about May 3, 2023, at approximately 3:19 p.m., AVERIETT exited 2xxx East Avenue, Akron, Ohio, carrying a white plastic bag, which he deposited in the dumpster outside the building. AVERIETT then re-entered the building at 2xxx East Avenue.

c.      On or about May 3, 2023, at approximately 3:30 p.m., MCCORMICK called JONEZ S. AMMONS on the telephone.  JONEZ S. AMMONS asked, "What up, bro?" MCCORMICK replied, "Where you go?"  JONEZ S. AMMONS stated, "S—t, I had pulled out real quick.  He got to talkin' about you was talkin' about unmarked cops."  MCCORMICK responded, "Man, listen ni—a, when I pulled up out of here in the truck, when I yanked up out here in the truck, I'm going up East Ave.  I just see like four unmarked cars, but they just come out.  I don't know if they was coming out behind me, so I pulled in the gas station.  They rolled past.  They ain't come back past, but s—t, I'd rather be safe than sorry.  You feel what I'm sayin'?"  JONEZ S. AMMONS answered, "Right.  That's why I had to sprint off real quick." MCCORMICK asked, "Oh, you had grabbed the pole (firearm)?"  JONEZ S. AMMONS replied, "Yeah, yup, I got it with me."

d.      On or about May 6, 2023, at approximately 11:15 p.m., D.W., a male whose identity is known to the grand jury, called MCCORMICK on the telephone.  During the call, MCCORMICK asked, "What's up?"  D.W. replied, "Uh, you an do a 160 ($160 worth of fentanyl)?"  MCCORMICK answered, "Yeah.  How long you 'bouta be?"  D.W. stated, "Uh, I'm leavin'."  MCCORMICK responded, "A'right.  Come on."  D.W. replied, "Hey, uh, if you wanna give me any extra, you can."  MCCORMICK answered, "I gotcha, I gotcha.  I'mma boat you up, bro."

e.      On or about May 7, 2023, at approximately 6:56 p.m., MCCORMICK called B.D., a male whose identity is known to the grand jury, on the telephone and asked, "What's up, bro?"  B.D. replied, "You can't do a forty ($40 worth of fentanyl)?"  MCCORMICK answered, "Yeah, bro.  Pull up, bro.  I'm at the shop (2xxx East Avenue, Akron, Ohio), though."

f.      On or about May 7, 2023, at approximately 10:57 p.m., STEINER called MCCORMICK on the telephone and stated, "Hey, I was gonna see if we can stop by and get like four of them (4 grams of fentanyl)." MCCORMICK answered, "Yeah." STEINER asked, "A'ight. You at the shop (2xxx East Avenue, Akron, Ohio)?" MCCORMICK replied, "Yeah." STEINER stated, "A'right. I'm getting off on Dart (Avenue) right now." MCCORMICK confirmed, "Okay."

g.      On or about May 9, 2023, at approximately 11:37 a.m., G.T., a male whose identity is known to the grand jury, called MCCORMICK on the telephone and asked, "Where you at?" MCCORMICK responded, "At the shop (2xxx East Avenue, Akron, Ohio). The animals ate all the ice (methamphetamine)." Later in the conversation, MCCORMICK stated, "Well the ice that the geeks (drug users) ate, I mean the, the animals (drug users) ate the whole half of a pound that was there except for, uh, like seven grams." G.T. asked, "You got seven grams?" MCCORMICK answered, "Yeah, 'cause the animals ate the rest of it. Li'l Gene said the animals ate it." G.T. asked, "Man, bro, can you bring that witchu?" MCCORMICK replied, "Yeah."

h.      On or about May 11, 2023, at approximately 1:46 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone and asked, "What up, fool? Where you at?" MCCORMICK answered, "I'm right here by the shop (2xxx East Avenue, Akron, Ohio)." JONEZ S. AMMONS stated, "Yeah, man, I'm light-weight, I'm light-weight tied up. I light-weight need you to bust this move for me (conduct a drug transaction on behalf of JONEZ S. AMMONS). I need you to spot me. [Unintelligible] a minute." MCCORMICK asked, "What?" JONEZ S. AMMONS replied, "S—t, they want two and a half (2.5 pounds of methamphetamine). They had wanted three of them yesterday and I had light weight (an

insufficient quantity of methamphetamine). I'm not gonna lie. When they said they wanted the three, I told them, 'F—k it, I'll let you get them thirteen a piece ($1,300 per pound of methamphetamine).' But he just called me, though, like, 'S—t, I got the, I'm about'a pick the money up.' But he only want two and a half now." MCCORMICK asked, "Where you at?" JONEZ S. AMMONS answered, "S—t, I'm out here at this goddamn, this program and s—t. I'm doin' this s—t. I had to go to a goddamn drive type of bet." MCCORMICK asked, "A'right, s—t, how long you gonna be 'til you get back?" JONEZ S. AMMONS replied, "Man, s—t, I ain't gonna be able to leave." MCCORMICK asked, "Oh, you want me to do it for you?" JONEZ S. AMMONS said, "Yeah, and I'm sayin' we'll just, we'll just…unless Sticks (AVERIETT) around. You can just have Sticks do it but me and you will still just, you feel me?" MCCORMICK asked, "Who is it?" JONEZ S. AMMONS answered, "It's the ni—a Skrill, the ni—a Skrill, uh, the bitch Ashley's brother, right next door by [unintelligible]." MCCORMICK stated, "Oh yeah, I know Skrill with the Denali truck." JONEZ S. AMMONS confirmed, "Yup, him. That's who it is." MCCORMICK said, "Yeah, he can pull up to the shop (2xxx East Avenue, Akron, Ohio). I got two (two pounds of methamphetamine). Tracy gonna have to sell him a half (half pound of methamphetamine), though." JONEZ S. AMMONS replied, "Yeah, he about'a go to…So you only got two of them (two pounds of methamphetamine)?" MCCORMICK responded, "Yup." JONEZ S. AMMONS stated, "A'right, s—t, that's cool. A'right, see if –" MCCORMICK continued, "But Tracy'll just have, Tracy, Tracy gotta have, Tracy got some, too, so he'll just catch that half (receive proceeds for the half pound of methamphetamine that he sells)." JONEZ S. AMMONS replied, "A'ight. Just, um, s—t, I guess just basically tell just tell Tracy 'cause what, what's half of, what's half of thirteen ($1,300)? 'Bout 650 ($650)?" MCCORMICK answered, "Yeah…you already know."

8

JONEZ S. AMMONS responded, "A'right, s—t, just uh, just tell Tracy to go grab it or do whatever he gotta do 'cause dude said he 'bout'a make [unintelligible] dollar and grab the money. But he about'a go." MCCORMICK answered, "Yeah, that's cool. We already on deck." JONEZ S. AMMONS stated, "Oh, a'right. Say no more."

      i.     On or about May 11, 2023, at approximately 2:24 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone. During the call, JONEZ S. AMMONS stated, "Twenty-six. What is it, thirteen ($1,300) and thirteen ($1,300), that's twenty-six ($2,600), thirty-two ($3,200). And then what is that…" MCCORMICK answered, "A'right, a'right, that's cool." JONEZ S. AMMONS continued, "Six-fifty ($650)? That should be like thirty-two fifty ($3,250)." MCCORMICK replied, "A'right."

      j.     On or about May 11, 2023, at approximately 2:42 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone and asked, "Everything good, bro?" MCCORMICK answered, "Yeah, hell yeah, yeah." JONEZ S. AMMONS stated, "A'right, hey uh, give me uh, the what you call this uh, together real quick." MCCORMICK replied, "Okay." JONEZ S. AMMONS said, "Well, no, you don't, you don't gotta do it right now. I'll be down there in like thirty minutes."

      k.     On or about May 13, 2023, MCCORMICK called B.D. on the telephone. During the call, B.D. asked, "You have eighty ($80 worth of fentanyl)?" MCCORMICK answered, "C'mon, I'm at the shop (2xxx East Avenue, Akron, Ohio). How long you 'bout to be?" B.D. replied, "Fifteen." MCCORMICK responded, "'Cause I got somewhere to go. You gotta be here in fifteen, though." B.D. stated, "A'right, bet."

      l.     On or about May 16, 2023, at approximately 8:13 p.m., C.M., a male whose identity is known to the grand jury, called MCCORMICK on the telephone. During the

call, C.M. asked, "You got some, uh, some regular s—t (fentanyl)?"  MCCORMICK answered, "Yeah."  C.M. continued, "Not, not that crystal bulls—t (methamphetamine)."  MCCORMICK responded, "Yeah, I got some regular s—t back and some s—t takin' like a seven (fentanyl to which 7 grams of filler, or cutting agent, can be added to increase the volume of the mixture)."  C.M. replied, "A'ight.  Should I bring some, should I bring my own mix (cutting agent)?"  MCCORMICK responded, "Yeah, you better."  C.M. stated, "A'right, dog.  I dunno what that s—t.  I felt like you was tryin'a kill me that night.  I was buggin'.  I was, I was kinda mad for like a day or two.  I was, that s—t made me so, so ill.  Like I'd never been sick like that in my entire life.  Like I was throwing up blood and s—t…I was like, 'Man, what the f—k is up with this?'"  MCCORMICK answered, "Uh-huh."  C.M. continued, "'Oh, he's cool.  He tryin'a poison me.'"  MCCORMICK replied, "Hmm.  You know, that s—t how that s—t be."

        m.      On or about May 16, 2023, at approximately 11:03 p.m., STEINER called MCCORMICK on the telephone and asked, "Hey, you still, uh, good with the other lane?"  MCCORMICK replied, "With the ice (methamphetamine)?"  STEINER answered, "Yeah, the fast (methamphetamine)."  MCCORMICK responded, "Yeah, that s—t gonna be in the morning."  STEINER replied, "Goddamn.  A'right."  MCCORMICK stated, "Them bitches out, I be tellin' you."  STEINER answered, "I know, I know, I know.  Um, I need, uh, to come see you anyway.  Prolly for like three of them, four of them.  Do four (four grams of fentanyl)."  MCCORMICK replied, "Yeah.  I got some gas s—t (high quality fentanyl) around right now, too."  STEINER answered, "A'right, good, good.  Um, you at the shop (2xxx East Avenue, Akron, Ohio)?"  MCCORMICK responded, "Yeah, I'm 'bout to be there in like five minutes."  STEINER responded, "A'right, cool.  I'll see you there."

n.      On or about May 19, 2023, at approximately 8:41 a.m., D.W. called MCCORMICK on the telephone. MCCORMICK asked, "Yo, what up?" D.W. answered, "Yeah, what up? Do a 160 ($160 worth of fentanyl)?" MCCORMICK replied, "Mm-hm." D.W. responded, "A'right, I'm leaving right now." MCCORMICK stated, "Okay."

o.      On or about May 19, 2023, at approximately 10:55 p.m., STEINER called MCCORMICK on the telephone and asked, "Hey, did those land yet (did MCCORMICK receive the methamphetamine STEINER had requested)?" MCCORMICK asked, "Huh?" STEINER repeated, "Did them one things land yet?" MCCORMICK responded, "Oh, yeah." STEINER stated, "A'right. I'm in Goodyear Heights right now. I'm 'bout'a head your way." MCCORMICK replied, "A'right. I gotta go grab it real quick. I'm, I'm up here in Ellet right now." STEINER answered, "Oh, okay. Well, bring, I'mma count and make sure nothin' [unintelligible] for real. No, I just gotta stop at a ATM if I don't, so, I'm good, yeah. Go grab it." MCCORMICK answered, "Okay. A'right."

p.      On or about May 28, 2023, at approximately 9:49 p.m., STEINER called MCCORMICK on the telephone. During the call, MCCORMICK stated, "I was tryin'a call you 'cause some of those things (pounds of methamphetamine) is around." STEINER responded, "Oh, yeah, I need one (one pound of methamphetamine). I need one." MCCORMICK asked, "Right now?" STEINER replied, "Where, um, I can, I can meet you up in the, I can meet up with you in like an hour. Is that cool?" MCCORMICK answered, "Yeah, that's cool. Is you for sure?" STEINER replied, "Yeah, I'm a hundred percent for sure." MCCORMICK responded, "A'right." STEINER stated, "A'right, I'll call you in an hour."

q.      On or about May 28, 2023, at approximately 10:56 p.m., MCCORMICK called STEINER on the telephone and asked, "Do you still want this s—t or not? 'Cause I gotta

go somewhere, that's why I'm callin' your phone." STEINER responded, "Yeah, we're just gonna, um, where do you want to meet at?" MCCORMICK replied, "I'm at my shop on East Ave right now." STEINER stated, "Okay, I'll be there in, you know, it take me prolly like eighteen minutes." MCCORMICK replied, "A'right."

        r.       On or about June 12, 2023, at approximately 11:44 p.m., MCCORMICK called G.H. on the telephone. During the call, MCCORMICK stated, "I would'a said, 'What happened to the action (narcotics) you had? Where is that at?'" G.H. responded, "What action? What is you talkin' about?" MCCORMICK answered, "The rest of that s—t that didn't get ate by that, that animal." G.H. replied, "Bro, what are you...I gave you all the, I gave you everything except for the s—t that was in the...talkin' about, bro?" MCCORMICK stated, "It wasn't, it wasn't, it wasn't any fentanyl in that. It was all ice (methamphetamine)." G.H. responded, "Talkin' about, bro? I brought you the grams (grams of fentanyl), ni—a. I brought you three (three grams), ni—a. I, I had ten grams, bro. I brought you three grams, you gave me, you said, 'Give S—tty a gram. S—tty brought a gram.' I gave you, I brought you either to or three grams and I brought you five [unintelligible]." MCCORMICK replied, "No, then you, then, then just like that right there. 'Oh yeah, I'mma replace that, I'mma pay you for that.' Did I get paid for that?" G.H. answered, "No!"

        s.       On or about June 13, 2023, at approximately 3:08 p.m., MCCORMICK called B.D. on the telephone and stated, "Man, unc, you know when you be comin' to my house and I told you I ain't have no powdered sugar? So how the f—k can I put some powdered sugar in something (cut fentanyl with powdered sugar)? Tell me that." B.D. responded, "Bro." MCCORMICK continued, "Tell me that. How can I do it? If I don't have powdered sugar here. What the f—k do I need to cut something for? You just don't be makin' no sense, man, when

you make up stuff." B.D. answered, "I definitely taste some of that sugar in them, bro."
MCCORMICK replied, "You don't taste no sugar in it 'cause it doesn't have any in it. You just,
you just be makin' stuff up, bro, that s—t be like pissin' me off, bro, when I give you raw s—t
(uncut fentanyl) and then you like, bro. It make me not wanna serve you no more, bro. It make
me not wanna answer the phone for you, man, when you lie, bro, 'cause, 'cause I don't got it. I
don't have to." B.D. responded, "A'right. I'll hit you up in a li'l bit."

        t.      On or about June 13, 2023, at approximately 3:30 p.m., MCCORMICK
called B.D. on the telephone. B.D. stated, "Hey, I'm leavin' my house right now."
MCCORMICK responded, "What you had wanted?" B.D. answered, "An eighty ($80 worth of
fentanyl)." MCCORMICK asked, "How long you 'bout'a be?" B.D. replied, "Um, I'm on my
way. Ten minutes."

        u.      On or about June 17, 2023, at approximately 7:14 p.m., JONEZ S.
AMMONS called MCCORMICK on the telephone. During the call, JONEZ S. AMMONS
asked, "Hey, you got some G's (grams of fentanyl), you got them G's at the, uh, spot (2xxx East
Avenue, Akron, Ohio)?" MCCORMICK answered, "Yeah."

        v.      On or about June 17, 2023, at approximately 8:10 p.m., JONEZ S.
AMMONS called MCCORMICK on the telephone. During the call, MCCORMICK asked,
"What's up with it?" JONEZ S. AMMONS responded, "Hey, where's them whole joints at,
bro?" MCCORMICK replied, "I'm about to come down there for real. But, look, this is what
you do. You walk in the, um….You down there?" JONEZ S. AMMONS answered, "Yeah, I'm
in the building (2xxx East Avenue, Akron, Ohio) right now." MCCORMICK instructed,
"A'right. Go in the, um, go in the office right there. Soon as you walk in the office, it's right
there in the ceiling. Right there." JONEZ S. AMMONS replied, "Hold on [unintelligible]. You

said as soon as I walk into the office?" MCCORMICK stated, "Yeah, right there in the ceiling." JONEZ S. AMMONS asked, "Not the one that's been fallin'?" MCCORMICK responded, "The first one. The next one over. Just put a chair right there and look up there." JONEZ S. AMMONS replied, "A'right." MCCORMICK continued, "You gotta put it, you gotta put it on the scale, though, 'cause there's a little bit more that that there." JONEZ S. AMMONS asked, "Huh?" MCCORMICK repeated, "I said you gonna have to put it on the scale 'cause there's a little bit more than that there. But you should see them right there in the ceiling there." JONEZ S. AMMONS responded, "I don't see s—t. You talking about the end that's broke?" MCCORMICK answered, "No, the one next to it. But you gotta put a chair right there and really stand on it." JONEZ S. AMMONS replied, "Oh, I gotta get up against the wall." MCCORMICK confirmed, "Yeah." JONEZ S. AMMONS stated, "Got it. Where the scale was at?" MCCORMICK answered, "Uh, prolly right there in that box, right there. Ask – or in that chair somewhere in the desk. It's in that box, prolly." JONEZ S. AMMONS replied, "A'right."

       w.      On or about June 17, 2023, at approximately 8:17 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone and stated, "Hey, I bagged that s—t. Uh, I did like nine, seven (9.7 grams of fentanyl). It looked like it might be a li'l [unintelligible] right there [unintelligible] bag or somethin'." MCCORMICK responded, "Yeah, yeah, yeah. That's what I told him." JONEZ S. AMMONS replied, "A'right."

       x.      On or about June 20, 2023, at approximately 8:50 p.m., STEINER called MCCORMICK on the telephone and said, "Hey, I just got back in town and s—t. Um, is there anything around on my lane (methamphetamine which STEINER usually purchases)?" MCCORMICK responded, "What you had got last time (one pound of methamphetamine)?" STEINER answered, "Yup." MCCORMICK replied, "I got to call my people. It's gonna be the

14

same s—t, though.  Them bitches is going up (getting more expensive), I'm not gonna lie to

you."  STEINER asked, "Like how much up?"  MCCORMICK responded, "Nah, they, he wants

seventeen hundred for them bitches ($1,700 per pound of methamphetamine)."  STEINER

replied, "Oh, no, that's fine.  That's fine."  MCCORMICK said, "That's what he want, like…."

STEINER confirmed, "Yeah, no, that's cool."  MCCORMICK replied, "A'ight."  STEINER

stated, "A'ight, let me know."  MCCORMICK responded, "A'ight, I'm 'bout to, um, I'm 'bout

to go grab them."  STEINER replied, "A'ight, oh, okay.  And then let me know whenever you're

by the shop (2xxx East Avenue, Akron, Ohio), 'cause that's where I'm at.  I'm over by there, if

that's okay."  MCCORMICK responded, "Okay, that's cool.  That's cool."

y.      On or about June 30, 2023, at approximately 12:18 p.m., SANDS called

MCCORMICK on the telephone and stated, "Hey, s—t, do me a favor, bro, on, on that little bag

s—t.  I just grab one (one pound of methamphetamine) before I go to Cali (California) so I can

toss it to my peoples (SANDS' drug customers)."  MCCORMICK responded, "Them bitches.

I'm 'bout to see if my dude still got some.  I had got two of 'em (two pounds of

methamphetamine) yesterday.  I sold them bitches.  I'm 'bout to see real quick."  SANDS

replied, "Literally, yeah, hell yeah!  Just let me know somethin', bro."  MCCORMICK stated,

"I'm 'bout to call him.  Call you right back."

z.      On or about June 30, 2023, at approximately 12:35 p.m., MCCORMICK

called SANDS on the telephone.  During the call, SANDS asked, "Yeah, what's the deal?  What

are you talking about, brother?"  MCCORMICK answered, "Yeah."  SANDS repeated, "Yeah,

what are you talking about?"  MCCORMICK responded, "Yeah, he got one (one pound of

methamphetamine)."  SANDS replied, "Okay, hey, uh, can you see if he'll do fifteen ($1,500 per

pound of methamphetamine)?  If I, I don't know about you, bro."  MCCORMICK answered,

15

"That ni—a acting like a bitch with that s—t. I'm 'bout to—." SANDS stated, "I tell you what. That's, that's what my other dude be doing." MCCORMICK replied, "You know what's so crazy 'bout it, bro? I'm not charging you no extra, no nothing." SANDS responded, "Uh-huh, I believe it, bro. I ain't gonna lie…Uh, yeah, what was I gonna say? You should, uh, yeah, 'cause I only need one (one pound of methamphetamine) to hold off my people while I'm in Cali, but I had them bitches cheap as f—k. There's no way I'm paying that much for that bitch." MCCORMICK stated, "Pay way too [unintelligible], yes. Yeah." SANDS said, "I, I work way better with you on the numbers (drug prices), bro." MCCORMICK agreed, "Hell yeah!" Later in the call, MCCORMICK asked, "What time ya'll comin' down this way, though?" SANDS answered, "Today, no. My, my peoples is already down there. They just at work. They get off at like two, three, so they gonna be pulling up on you and I'mma have to, uh, yes, 'cause I'mma send…I'll Walmart him the money (wire money via a bank located at Walmart) so he just gonna give you the bread (money)." MCCORMICK responded, "A'right, that's cool. What time they be here?" SANDS replied, "Oh, hey, also, now, for that, for that s—t on sixteen ($1,600), just [unintelligible]. I'm not trippin', but see if you can get that lined up for me, too, bro." MCCORMICK asked, "What?" SANDS answered, "Uh, that one for sixteen (one pound of methamphetamine for $1,600). I'm gonna have to take it regardless." MCCORMICK replied, "Yeah, a'right. That's cool. I just have him bring it to me real quick then." SANDS stated, "I appreciate it, bro."

aa.     On or about June 30, 2023, MCCORMICK and SANDS exchanged a series of text messages. At approximately 3:27 p.m., MCCORMICK sent a text message to SANDS which read, "about to send [u a] cash app to send it to." SANDS replied, "Ight." At approximately 3:33 p.m., MCCORMICK sent a text message to SANDS which included a

screenshot of a CashApp mobile application account with the username "$dopeasshoney." At approximately 3:38 p.m., SANDS sent two text messages to MCCORMICK which read, "Ight dopeasshoney I got u," and "Waiting on my Wop to get back."

   bb. On or about June 30, 2023, at approximately 5:19 p.m., SANDS called MCCORMICK on the telephone. During the call, MCCORMICK asked, "What's the word?" SANDS answered, "Hey, I got my peoples with me right now. I was lookin' a li'l bit bush, but I'm on my way up to the, uh, CVS and then it's comin' from two CashApps (payments through the CashApp mobile application)." MCCORMICK replied, "Okay." SANDS stated, "A'right, bro. I'll let you know when I send it."

   cc. On or about June 30, 2023, at approximately 7:24 p.m., MCCORMICK called SANDS on the telephone. During the call, SANDS stated, "Hey, so, listen, my, my, my peoples on the way. Um, what is the address you want them to meet you at?" MCCORMICK responded, "Tell 'em to pull up to [street number redacted] Greenwood." SANDS replied, "A'ight. Can you send me that? Hey, listen, can you also to me a favor, bro?" MCCORMICK asked, "What?" SANDS answered, "With that two zips (two ounces of methamphetamine) and that bow (pound of methamphetamine), can you like, bro, can you like double grocery bag it?" MCCORMICK responded, "Yeah, I got you. Wrap it up." SANDS continued, "Like, like, you know, black grocery bag or somethin'." MCCORMICK repeated, "I got you." SANDS stated, "Bro, I appreciate it. Just double grocery bag it for me and, uh…" MCCORMICK responded, "I got you. I'mma double wrap it." SANDS replied, "Send me the address. He about to pull up." MCCORMICK confirmed, "Okay."

   dd. On or about June 30, 2023, at approximately 7:36 p.m., MCCORMICK called SANDS on the telephone and asked, "How long you think he gonna be?" SANDS

answered, "Okay, so I'm on my way to Walmart right now.  I'm leaving my hotel room and then he's actually outside the Walmart parking lot and he is coming straight to you."  MCCORMICK replied, "So he gon', you gon' get him an extra two hundred ($200)?"  SANDS asked, "Which one?"  MCCORMICK responded, "That you just said fourteen ($1,400)."  SANDS replied, "Oh s—t, it was sixteen ($1,600), wasn't it?"  MCCORMICK confirmed, "It was sixteen, yeah."  SANDS stated, "F—k!  A'ight, hold on, yeah.  I'm 'bout to grab that two hundred.  It might have been, oh yeah, it's in my pockets.  Hell yeah, yep, so I'mma send them, yeah, two bands ($2,000).  A'ight, yep, I got ya."

        ee.     On or about June 30, 2023, at approximately 8:05 p.m., SANDS called MCCORMICK on the telephone and stated, "Ah, yeah, I had to send it to my brother.  He's at Walmart grabbing it.  I told him to give you two bands ($2,000)."  MCCORMICK responded, "Okay….I bagged it."  SANDS asked, "Are you over there now?"  MCCORMICK answered, "Yeah…I wrapped it up.  I wrapped it in like three bags, with a black little bag at the end.  It's like all wrapped up."  SANDS replied, "Oh, s—t.  I appreciate it.  And you said you did throw that other zip (ounce of methamphetamine) in there?"  MCCORMICK answered, "Yeah, yeah."  SANDS said, "A'ight, yeah, I got you on like literally two days, bro."  MCCORMICK responded, "Okay."

        ff.     On or about June 30, 2023, at approximately 8:32 p.m., MCCORMICK called SANDS on the telephone.  SANDS asked, "Yo, what's up, brother?"  MCCORMICK answered, "[Unintelligible] that ni—a somethin' wrong."  SANDS replied, "Yeah, my bad about the delay.  So the Walmart in Arlington's (Arlington Street in Akron, Ohio) money center closes at eight, so he had to go to Kent (Kent, Ohio)."  MCCORMICK responded, "Uh…"  SANDS stated, "Swear to God, bro.  I said the same thing.  I'm like, 'Bro, I just want you to get on the

road.'" MCCORMICK replied, "It's open, ain't it?" SANDS responded, "Yeah, the one in Kent. Yeah, the money service is open." MCCORMICK said, "Oh, so he is just not…" SANDS stated, "He, he, so, yeah, I just talked to him like about ten minutes ago. He was twenty minutes away. So I'll say he be here 'bout eight minutes and then about twenty minutes to you. Is that the west side?" MCCORMICK confirmed, "Yeah." SANDS continued, "Yeah, about twenty minutes to you type s—t. My bad, brother." MCCORMICK responded, "It's cool, it's cool. I'm 'bout to, uh, just come back. Where I'm at is about twenty minutes, a'right?" SANDS replied, "Sure, I appreciate it."

gg.    On or about June 30, 2023, at approximately 9:14 p.m., MCCORMICK called SANDS on the telephone. SANDS stated, "You're really not gonna like me, bro." MCCORMICK asked, "What happened?" SANDS answered, "That s—t got refunded, so I'm sending it out on my people's name because my name is flagged 'cause I receive too much money. [Unintelligible.] I promise you I'm getting this bag (package of methamphetamine)." MCCORMICK asked, "You what?" SANDS repeated, "I said I promise you I'll get this bag, bro." MCCORMICK replied, "So, what? They…so you doing that over?" SANDS stated, "Yeah, I'm doing it over. My brother still at the Walmart." MCCORMICK responded, "Okay."

hh.    On or about June 30, 2023, at approximately 10:17 p.m., SANDS called MCCORMICK on the telephone. MCCORMICK asked, "What up?" SANDS responded, "Aye, aye, bro's outside." MCCORMICK replied, "A'right."

ii.    On or about June 30, 2023, at approximately 10:27 p.m., MCCORMICK called SANDS on the telephone and stated, "Yeah, he came, bro. I gave it to him." SANDS responded, "Alright. Hey, I appreciate it. Look, I'mma send him back with that and I'll send you like eighteen ($1,800) in like two days, bro. But like next time, we do this for real."

MCCORMICK replied, "I ain't never trippin', bro. I know…" SANDS stated, "I know you ain't trippin', bro. I just, you feel me? I do good business." MCCORMICK replied, "I ain't never, I ain't never… I ain't never gonna send something you can't cover. You feel me?" SANDS responded, "Naw, facts. You hear me? S—t, but, um, yeah, I'll just, I'll make sure like next time I'mma send, I'mma try to get you the pay first, like a couple days before. Like, you feel me?" MCCORMICK answered, "Man, you ain't got to worry about that s—t." SANDS replied, "Alright, brother. I appreciate it. Yup."

jj.     On or about July 3, 2023, at approximately 5:34 p.m., DAVIS called MCCORMICK on the telephone. During the conversation, MCCORMICK asked, "You just put?" DAVIS responded, "Yeah, I tried to put it, I tried to put the four on it (add four grams of cutting agent to one gram of fentanyl). My people sayin', uh, they ain't really like it like that, though. But my li'l brother said he was puttin' a two on it (adding two grams of cutting agent to one gram of fentanyl) when it was gas (high quality) like that. So, I had, uh,…" MCCORMICK replied, "John lyin' like them hoes…You said you put a two on them?" DAVIS stated, "Nah, I put a four on it." MCCORMICK asked, "Oh, and what they say?" DAVIS answered, "They ain't really like it like that. They talked about the other stuff, basically, so what you…I still got some, though, bro, but I'm gonna grab some (obtain additional fentanyl from MCCORMICK), though…'Cause my li'l brother told me what he doin'. I'mma just do what he did…Um, s—t, uh, what you do for me, uh, what you'll do me for, um, like fifteen of them (15 grams of fentanyl)?" MCCORMICK replied, "I told you I'll let you get them bitches fifty a G ($50 per gram of fentanyl)." DAVIS responded, "A'right. Let me grab those. 'Bout'a have my, I'm 'bout'a have baby girl get in contact with you." MCCORMICK answered, "A'right."

kk.     On or about July 5, 2023, at approximately 3:43 p.m., DAVIS called MCCORMICK on the telephone. During the conversation, DAVIS stated, "I need you to pull up on my [unintelligible]." MCCORMICK asked, "What you had want?" DAVIS replied, "Uh, let me get, uh, let me get ten of them bitches (10 grams of fentanyl) right quick." MCCORMICK agreed, "A'right." DAVIS asked, "You know, you know where she at?" MCCORMICK answered, "Yeah, I know where she at."

ll.     On or about August 11, 2023, at approximately 3:24 p.m., an unidentified male (UM-1) called JONEZ S. AMMONS on the telephone. JONEZ S. AMMONS asked, "What up with it?" UM-1 answered, "My bad, bro. Grab four (4 grams of fentanyl), bro." JONEZ S. AMMONS replied, "A'ight."

mm.     On or about August 11, 2023, at approximately 3:25 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone and stated, "Hey, grab, uh, four (4 grams of fentanyl) for me." MCCORMICK replied, "A'right. I'm on my way now."

nn.     On or about August 11, 2023, at approximately 3:27 p.m., UM-1 called JONEZ S. AMMONS on the telephone. During the call, JONEZ S. AMMONS asked, "What up?" UM-1 answered, "Man, change it to seven (7 grams of fentanyl), bro. My bad, just uh…" JONEZ S. AMMONS replied, "Man, come on, bro. Goddamn, bro….For real, man." UM-1 stated, "I keep tellin' this ni—a, he wanna keep money in his pocket. I'm tellin' this ni—a, get some money." JONEZ S. AMMONS responded, "Hey, I ain't gonna lie. It's only like fifty of them bitches (50 grams of fentanyl) left, too. I don't, dude talkin' about it's gonna be like two days. So fifty ball just sittin' around. After that, I don't, I don't know." UM-1 replied, "You might as well just, just tell him to give that bitch to you so you can just have it." JONEZ S. AMMONS stated, "S—t, but yeah, you know, you know a ni—a be havin' his own li'l wops and

s—t…I'm about'a hurry up and call him, though, 'cause he on his way out here. So I'm about'a tell him." UM-1 replied, "A'ight, yup. Seven oh."

oo.    On or about August 11, 2023, at approximately 3:28 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone and said, "Make it seven (7 grams of fentanyl)." MCCORMICK responded, "A'right."

pp.    On or about August 11, 2023, at approximately 3:45 p.m., MCCORMICK called JONEZ S. AMMONS on the telephone and asked, "Where you was at?" JONEZ S. AMMONS answered, "Man, just left out of goddamn Kick's." MCCORMICK replied, "Where you goin' to?" JONEZ S. AMMONS stated, "To the car wash. I gotta go get this truck washed. This motherf—ker filthy." MCCORMICK asked, "On South Main?" JONEZ S. AMMONS responded, "Yup." MCCORMICK replied, "Man, I'll meet you right there." JONEZ S. AMMONS confirmed, "A'right. I'm on my way there now."

qq.    On or about August 11, 2023, at approximately 3:57 p.m., MCCORMICK and JONEZ S. AMMONS met at a car wash located on South Main Street in Akron, Ohio, where MCCORMICK provided a quantity of fentanyl to JONEZ S. AMMONS.

rr.    On or about August 11, 2023, at approximately 4:09 p.m., UM-1 called JONEZ S. AMMONS on the telephone and stated, "You was pulling back up on me, bro." JONEZ S. AMMONS responded, "S—t, I thought you said you was gon' get out here. I'm right here at the car wash now. I got it, though. Ni—a just brought it to me." UM-1 replied, "Oh yeah?" JONEZ S. AMMONS said, "Bro just brought it to me." Later in the conversation, UM-1 stated, "Come on, man. Pull up." JONEZ S. AMMONS replied, "Ah, I'm about to pull up. I'm, uh, s—t, they about to dry me off and then I'm about'a pull up over there." UM-1 answered, "Alright."

ss.     On or about August 12, 2023, at approximately 4:06 p.m, JONEZ S. AMMONS called an unidentified male (UM-2) on the telephone.  During the call, JONEZ S. AMMONS asked, "What up with it?"  UM-2 responded, "S—t, they, um, is it, is it still all good on those ice cream cones (ounces of methamphetamine)?"  JONEZ S. AMMONS replied, "Yeah. What you had wanted?"  UM-2 stated, "S—t, just tryin'a get the, um, same demonstration."  JONEZ S. AMMONS asked, "Oh, the, uh, the baffie (one half pound of methamphetamine)?"  UM-2 answered, "Yeah."  JONEZ S. AMMONS said, "A'right.  I'm 'bout'a call you right back."

tt.     On or about August 12, 2023, at approximately 4:07 p.m., JONEZ S. AMMONS called MCCORMICK on the telephone.  During the call, MCCORMICK asked, "What's the dealio?"  JONEZ S. AMMONS responded, "Uh, hey, dude don't have that no more, did he?"  MCCORMICK asked, "Huh?"  JONEZ S. AMMONS answered, "I said Duff (T.M., a male whose identity is known to the grand jury) might have no more, did he?"  MCCORMICK stated, "I think he do.  I got, I told, y'all left him five zips (5 ounces of methamphetamine)."  JONEZ S. AMMONS replied, "Trying to get a li'l baffie (one half pound of methamphetamine)."  MCCORMICK said, "Let me call him and see if he got three zips and I'll just go get three zips and then I'm gonna give you a half (one half pound of methamphetamine)."  JONEZ S. AMMONS responded, "Oh, yep."

uu.     On or about August 12, 2023, at approximately 4:09 p.m., MCCORMICK called T.M., on the telephone.  During the call, MCCORMICK asked, "You got four zips?"  T.M. responded, "Yeah."  MCCORMICK stated, "A'right, I need 'em.  I'm about to pull up with this other four (4 ounces of methamphetamine) and serve this ni—a this halfie (one half pound of methamphetamine) real quick."  T.M. replied, "A'ight, come up."

23

vv.     On or about August 12, 2023, at approximately 4:09 p.m., MCCORMICK called JONEZ S. AMMONS on the telephone and stated, "Yeah, I got it." JONEZ S. AMMONS responded, "A'right, uh, how long before you gon' have it all in your possession?" MCCORMICK answered, "I'm just gonna grab it from him and…Just go to my house.  Where you gotta meet dude at?" JONEZ S. AMMONS replied, "Oh, s—t, I'm prolly gonna have pull…I'm about to see where the f—k he at…Yeah, 'cause where you, where you at right now?" MCCORMICK stated, "I'm in Kenmore." JONEZ S. AMMONS replied, "Uh, a'right.  So, I'mma prolly just have him pull towards that way somewhere." MCCORMICK responded, "No, I got, like for real, for real.  Tell him to meet you at the BP on Copley (BP gas station on Copley Road in Akron, Ohio) [unintelligible] instead of my house." JONEZ S. AMMONS asked, "You said try to meet you at the BP on Copley?" MCCORMICK answered, "Yeah, tell him have you…meet 'em.  I'm about'a grab it for you."

ww.     On or about August 12, 2023, at approximately 4:11 p.m., UM-2 called JONEZ S. AMMONS on the telephone and asked, "Yeah, what up?" JONEZ S. AMMONS answered, "What up with the s—t?  Uh, I'm 'bout'a grab this s—t, then I'mma have you, uh, meet me out by like Copley (Copley Road) by the e-way (expressway)." UM-2 replied, "Your ass move quick!  Goddamn, fam!" JONEZ S. AMMONS asked, "Huh?" UM-2 responded, "Say you were quick.  I'm about'a get up.  Um, you say by Copley, though?" JONEZ S. AMMONS said, "I'mma just call you, I mean, so you can get ready.  I ain't say go over there now, since I ain't, I ain't got it yet on this side.  That's what I'm…" UM-2 asked, "Uh, about like, like thirty minutes or so?" JONEZ S. AMMONS answered, "No, less than that." UM-2 stated, "A'right, I'mma be over there." JONEZ S. AMMONS replied, "A'ight.  Prolly 'bout fifteen, twenty minutes I think it should be cool."

24

xx.     On or about August 12, 2023, at approximately 4:22 p.m., UM-2 called JONEZ S. AMMONS on the telephone. JONEZ S. AMMONS asked, "What up?" UM-2 responded, "Hey, um, can you, I'm kinda short on the cash right now to do the whole one. I gotta take care of some other stuff, but if, could you do what you had talked to me about last night, with the five (5 ounces of methamphetamine)?" JONEZ S. AMMONS replied, "Uh, then you just want five of them?" UM-2 answered, "Oh, s—t. I really, I really don't want do it like that, but I really ain't got no choice. I ain't been tryin'a really do too much s—t right now, for real. And, uh, I just bought that f—kin' truck yesterday and s—t. So I'm tryin'a be conservative on spendin' some cash right now." JONEZ S. AMMONS replied, "A'right." UM-2 continued, "S—t, but, um, if, if, if it's a problem, just let me know. I'll try to hold off until I take care of some stuff. But…" JONEZ S. AMMONS said, "Nah, it's cool." UM-2 stated, "Like I most definitely got eight ($800), but you know, we'll just have –." JONEZ S. AMMONS responded, "Just answer your, answer your phone. I'm about'a call my dude and tell him to do the five."

yy.     On or about August 12, 2023, at approximately 4:26 p.m., UM-2 called JONEZ S. AMMONS on the telephone. During the call, JONEZ S. AMMONS stated, "Yeah, it's all good. I'm bout'a, uh, he grabbin' them. I'mma call you." UM-2 said, "S—t. S—t, um, s—t, if you can just…the interest on it, like two, three days." JONEZ S. AMMONS asked, "You said what?" UM-2 responded, "I said just give me the whole one (one half pound of methamphetamine). I said if you can, just do the whole. I'll just give you interest on top of it like within…I've just been tryin' not to." JONEZ S. AMMONS replied, "Yeah, I'll have to see if he tryin'a do it, though." UM-2 responded, "Or at least do like, uh, do, see if he'll do six for the eight (6 ounces of methamphetamine for $800)." JONEZ S. AMMONS said, "I'll see what's

up. I'mma let you know. I'm about'a see. Hold on." UM-2 continued, "Yeah, 'cause I most definitely, I got eight right now for six of them, though. A'right. Just let me know, bro."

        zz.    On August 12, 2023, at approximately 4:28 p.m., JONEZ S. AMMONS called UM-2 on the telephone and said, "Yeah, so he'll do five for six (5 ounces of methamphetamine for $600)." UM-2 responded, "Awe yeah, what, what'd you say?" JONEZ S. AMMONS stated, "I mean, uh, six for nine. He'll do six for nine (6 ounces of methamphetamine for $900)." UM-2 replied, "Damn, how much is…they ain't a bandaid ($1,000 per pound of methamphetamine) no more?" JONEZ S. AMMONS responded, "One…one-fifty a, it's just one-fifty a zip ($150 per ounce of methamphetamine) when they bringin' them bitches down." UM-2 stated, "F—k it. I'll just go, I'll just stick to gettin' the five then." JONEZ S. AMMONS replied, "A'right."

        aaa.    On or about August 12, 2023, at approximately 4:49 p.m., JONEZ S. AMMONS called UM-2 on the telephone. During the call, JONEZ S. AMMONS told UM-2, "Yeah, I'mma have you come towards Moon (Moon Street), not Copley." UM-2 responded, "A'right, cool. A'right, here I come. Yup."

        bbb.    On or about August 12, 2023, at approximately 5:09 p.m., MCCORMICK called JONEZ S. AMMONS on the telephone and asked, "Uh, do you feel like just pullin' out here to Van's real quick?" JONEZ S. AMMONS answered, "Yeah, I'm 'bout'a pull up." MCCORMICK replied, "A'right."

        ccc.    On or about August 12, 2023, at approximately 6:37 p.m., UM-2 called JONEZ S. AMMONS on the telephone. During the call, JONEZ S. AMMONS stated, "You only gave me six-eighty ($680)." UM-2 responded, "So, six-eighty?" JONEZ S. AMMONS replied, "Yeah, you gave me all twenties." UM-2 asked, "There wasn't no fifty-dollar bill in

there?" JONEZ S. AMMONS answered, "Wasn't no fifty-dollar bill in there." UM-2 replied, "It should'a been thirty-five twenties and one fifty-dollar bill." JONEZ S. AMMONS said, "You gave me thirty…You only gave me thirty-four twenties." UM-2 responded, "Yeah, uh, I, I got you on that. But I'm f—kin' missing thirty grams (30 grams of methamphetamine), bro!" JONEZ S. AMMONS replied, "Yeah, I just…to tell you and you gotta come back anyway. I gotta…Feel me? My dude just called." UM-2 asked, "You say, you say what?" JONEZ S. AMMONS answered, "He called, he called me when you pulled off. You ain't have your phone. That's why I text your girl. I text whoever that number is and told them to tell you to call me." UM-2 stated, "Man, I'm over, I'm over here confused as f—k. Like what the f—k just happened?" JONEZ S. AMMONS responded, "Yeah, no, I got the s—t right here. I got it right here." UM-2 replied, "S—t, uh, who? Hey, bro, I just can't access more cash, bro. I can get it, but I just ain't tryin' to dip off into s—t, like, bro. I f—kin', I got really, I'mma really tryin'a take things slow, bro. That's…I really wish I could go get the whole one (one half pound of methamphetamine), for real. Nah, but you sure the five (five ounces of methamphetamine), it's gonna be a tight squeeze within itself. Then I'mma have to charge my people more than what they gonna be used to." JONEZ S. AMMONS replied, "You need to start chargin' motherf—kers like two-hundred a zip ($200 per ounce of methamphetamine). It's f—ked up." UM-2 stated, "I, I will, I grabbin'. . . Hello?" JONEZ S. AMMONS responded, "Yeah. Hello?" UM-2 said, "Yeah, s—t, um…have to tell you. How much is it just for the whole half (one half pound of methamphetamine), there, Mo?"

       ddd.    On or about August 12, 2023, at approximately 6:44 p.m., UM-2 called JONEZ S. AMMONS on the telephone and stated, "Yeah, I was asking so how much is the whole half (one half pound of methamphetamine), man?" JONEZ S. AMMONS responded,

"S—t, he said he, uh, s—t, he just broke that motherf—ker down and did that so now I'm just waitin' on, I'm just waitin' on him now. He said he 'bout'a, uh, I just called him and he hung up on me. He said he about'a go check and see if there's some more there." UM-2 replied, "S—t, man, s—t, a'right, um." JONEZ S. AMMONS stated, "I got that one for you, though. Just call me when you get out. Come get that, the other one (one ounce of methamphetamine)." UM-2 responded, "A'right, s—t, I'm ready now." JONEZ S. AMMONS replied, "A'right." UM-2 asked, "Where's the other s—t?" JONEZ S. AMMONS answered, "Uh, just come down on Bellevue (Bellevue Avenue, Akron, Ohio)." UM-2 replied, "A'right, yup." JONEZ S. AMMONS stated, "I'm around the corner from where I was. You know still owe me seventy dollars, too, bro." UM-2 confirmed, "A'right. [Unintelligible] be on my way." JONEZ S. AMMONS instructed, "A'right, just call me when you get close."

   eee. On or about August 12, 2023, at approximately 7:11 p.m., UM-2 called JONEZ S. AMMONS on the telephone. During the call, UM-2 said, "I'm, uh, I'm over here by the gas station 'bout to turn on Bellevue." JONEZ S. AMMONS asked, "You said by the gas station?" UM-2 answered, "Ain't Bellevue by Orlando?" JONEZ S. AMMONS replied, "Naw, you went too far Bellevue. I'm right around the corner from Moon, on that part of Bellevue." UM-2 stated, "A'right, I'm 'bout to put it in the GPS. I'll be there in two seconds." At approximately 7:21 p.m., UM-2 called JONEZ S. AMMONS on the telephone. JONEZ S. AMMONS stated, "I just seen you ride past. Just park. I'm 'bout to come out." UM-2 replied, "A'right. Yup." At approximately 7:23 p.m., JONEZ S. AMMONS called UM-2 on the telephone and asked, "Yeah, where you at? . . . Oh, I see you."

   fff. On or about August 15, 2023, at approximately 10:38 a.m., JONEZ S. AMMONS called JONNELL L. AMMONS on the telephone. During the call, JONEZ S.

AMMONS stated, "I'm gonna get my ass up now and come out.  Gotta go meet this ni—a B.J. He tryin'a get some s—t."  JONNELL L. AMMONS responded, "Yeah, yeah.  Hell yeah.  I, um, s—t, I'm all the way out this bitch at the house."  JONEZ S. AMMONS replied, "Oh, you at the house (1xxx Laurel Avenue)?"  JONNELL L. AMMONS stated, "Yeah, hell yeah.  That's why I called your ass.  I'm, like, gonna get down there.  It's not s—t, it was just a hundred, it was a li'l hundred ($100 worth of narcotics).  I had some s—t down there.  I was just gonna have you do the s—t (conduct the narcotics transaction on behalf of JONNELL L. AMMONS).  I'll give you like forty ($40) or somethin' if that's cool.  But they called me, though.  Somebody gonna call me, though.  I'mma prolly need your ass.  [Unintelligible] that bitch."  JONEZ S. AMMONS responded, "A'right.  S—t, just call me.  I'll be out in a minute."

        ggg.    On or about August 15, 2023, at approximately 10:40 a.m., JONEZ S. AMMONS called MCCORMICK on the telephone.  During the call, JONEZ S. AMMONS asked, "How long until you can get back over by the house (on Essex Street, Akron, Ohio)?"  MCCORMICK answered, "About twenty minutes."  JONEZ S. AMMONS stated, "A'right, I'm gonna do like, uh, like a one five (1.5 grams of fentanyl) or so."  MCCORMICK replied, "A'right.  Soon as I get there, I'll call you."

        hhh.    On or about August 15, 2023, at approximately 10:58 a.m., JONEZ S. AMMONS called P.A., a male whose identity is known to the grand jury, on the telephone and stated, "Yeah, I'm about to go meet the ni—a and grab it now.  Where you gonna be at?"  P.A. answered, "Ah, s—t, I'll pull to the Belly (a location on Bellevue Avenue in Akron, Ohio)."  JONEZ S. AMMONS replied, "A'right, I'm gonna call you when I'm be posted down that way."  P.A. agreed, "A'right."

iii. On or about August 15, 2023, at approximately 11:01 a.m., JONEZ S. AMMONS called JONNELL L. AMMONS on the telephone and asked, "Aye, you got some, uh, you got some, uh, raw s—t (uncut fentanyl) down there?" JONNELL L. AMMONS answered, "Some huh?" JONEZ S. AMMONS replied, "Some s—t ain't been touched." JONNELL L. AMMONS stated, "Yeah, yeah. I got a couple of them. I got some [unintelligible], matter of fact, in my hand. But how many of them bitches you need? I ain't got that many." JONEZ S. AMMONS responded, "You said what happened?" JONNELL L. AMMONS replied, "I said, yeah, I got some right here. 'Bout'a be grabbin' them, though. How many of them bitches you need?" JONEZ S. AMMONS answered, "No, I only needed just one and a half (1.5 grams of fentanyl) until this ni—a TNasty (MCCORMICK), uh, get to f—kin' around. I had my people (P.A.) waiting for a little minute." JONNELL L. AMMONS stated, "Oh, s—t, it's, uh, it's at the, uh, it's, it's down there. It's down there." JONEZ S. AMMONS asked, "Where that s—t at? Big J's house (1xxx Laurel Avenue) or at Tone's house (on Moon Street, Akron, Ohio)?" JONNELL L. AMMONS responded, "J's, or it's at, uh, . . . It's down there at [unintelligible]. I mean at, uh, Big J's." JONEZ S. AMMONS replied, "A'right. I'mma just, uh, I'll call you when I get down there so you can tell me where it's at. I'll put it right back (replace the fentanyl that JONEZ S. AMMONS takes from JONNELL L. AMMONS), though, soon as that ni—a get done doing what he doing and I can grab that s—t from him." JONNELL L. AMMONS responded, "A'right."

jjj. On or about August 15, 2023, at approximately 11:25 a.m., P.A. called JONEZ S. AMMONS on the telephone and asked, "Where you was at?" JONEZ S. AMMONS responded, "S—t, I'm 'bout to . . . this ni—a (MCCORMICK) takin' all day. I'm 'bout to just go grab the s—t from my, uh, . . . meet me down at my dad's house (1xxx Laurel Avenue) for

real." P.A. asked, "You said meet you at your dad's?" JONEZ S. AMMONS replied, "Yeah,

I'm 'bout to go grab the s—t from down there. Bro got the same s—t. He (JONNELL L.

AMMONS) be getting his s—t from him (MCCORMICK). I just got to put the s—t back."

Later in the call, P.A. asked, "Oh, so you feel like bringing it down the street from the block to

my mom's and them?" JONEZ S. AMMONS answered, "Oh yeah, that's cool." P.A. stated,

"A'right. It ain't really no rush, though. My people's (drug customers) gonna wait, so it's like,

you ain't gotta rush." JONEZ S. AMMONS replied, "S—t, I'm on my way now, though. I'm

getting off the e-way (expressway)." P.A. said, "A'right." JONEZ S. AMMONS continued, "I

was waiting on dude (MCCORMICK). That ni—a still ain't call me. I just end up calling Nell

(JONNELL L. AMMONS) and asking him do he still got some." P.A. responded, "Okay. It's

all good. I'm up here at my mom's then." JONEZ S. AMMONS replied, "A'right…Be there in

a minute."

        kkk.    On or about August 15, 2023, at approximately 11:30 a.m., JONEZ S.

AMMONS called JONNELL L. AMMONS on the telephone. During the conversation,

JONNELL L. AMMONS stated, "Under the steps, kitchen." JONEZ S. AMMONS responded,

"Oh yeah, is a [unintelligible] under there?" JONNELL L. AMMONS replied, "Yeah . . . Yeah,

under the tub. You gotta. . . ." JONEZ S. AMMONS asked, "You said under the tape?"

JONNELL L. AMMONS stated, "Yeah, I, yeah." JONEZ S. AMMONS replied, "A'right. I'm

'bout'a turn in the driveway now."

        lll.    On or about August 15, 2023, at approximately 11:47 a.m., JONEZ S.

AMMONS called JONNELL L. AMMONS on the telephone. During the conversation,

JONNELL L. AMMONS asked, "Where was you at?" JONEZ S. AMMONS responded, "I'm

on, uh, East Avenue trying to get some air in these tires." JONNELL L. AMMONS asked, "You

gon' need, you, you, you grabbed that (fentanyl from 1xxx Laurel Avenue)?" JONEZ S. AMMONS answered, "Yeah, yup. I already went down there."

mmm. On or about August 15, 2023, at approximately 12:15 p.m., JONEZ S. AMMONS called P.A. on the telephone. P.A. stated, "I was just about to call you. I'm right here on Laurel (Laurel Avenue) and, um, Thornton Street." JONEZ S. AMMONS asked, "You say you where?" P.A. stated, "On Laurel and Thornton." JONEZ S. AMMONS instructed, "A'right, just park. What kind of car you in?" P.A. stated, "I'm in a silver Hyundai." JONEZ S. AMMONS replied, "A'right. Pull over and park." P.A. stated, "I'm on – I'm the only car on the street. A'right." JONEZ S. AMMONS responded, "A'ight, just park. I'm about to pull up." P.A. replied, "A'right, I see you."

nnn. On or about August 15, 2023, at approximately 2:00 p.m., JONEZ S. AMMONS called JONNELL L. AMMONS on the telephone. During the conversation, JONEZ S. AMMONS stated, "I'm grabbing that little one five (1.5 grams of fentanyl) for you, too, right now from TNasty (MCCORMICK), bro." JONNELL L. AMMONS replied, "Yeah, I'm over here at that house just, I'm over here on f—kin' Moon (at a house on Moon Street, Akron, Ohio). Just bring them here. You can bring the s—t, for real, you can just bring them [unintelligible] over to the house." JONEZ S. AMMONS responded, "A'right."

ooo. On or about August 15, 2023, at approximately 1:39 p.m., MCCORMICK called DAVIS on the telephone. During the conversation, MCCORMICK asked, "How many you wanted, bro?" DAVIS answered, "Uh, ten (10 grams of fentanyl)." MCCORMICK asked, "Where you was at?" DAVIS responded, "I'm still in the Ori (Oriana House) right now." MCCORMICK stated, "Oh, you said you get out at two o'clock. You get out at two, then."

DAVIS replied, "A'right. I'm going to call you as I get, I'mma call you soon as I get out, bro." MCCORMICK agreed, "Okay."

        ppp.    On or about August 15, 2023, at approximately 1:55 p.m., DAVIS called MCCORMICK on the telephone and stated, "I'm out now, bro." MCCORMICK responded, "Come over to the house (on Essex Street, Akron, Ohio) real quick." DAVIS replied, "A'right . . .The one out the way?" MCCORMICK answered, "Yeah." DAVIS agreed, "A'right."

        qqq.    On or about August 15, 2023, at approximately 2:26 p.m., MCCORMICK called DAVIS on the telephone and asked, "Where you at?" DAVIS answered, "I'm pulling up, brother. I'm comin' down Seiberling (Seiberling Street, Akron, Ohio) right now." MCCORMICK replied, "A'right." Shortly after this phone call, DAVIS arrived at MCCORMICK's residence on Essex Street.

        rrr.    On or about August 19, 2023, at approximately 4:42 p.m., JONNELL L. AMMONS called MCCORMICK on the telephone. During the conversation, JONNELL L. AMMONS stated, "That s—t (fentanyl) ain't back around. I know that s—t ain't back around yet." MCCORMICK responded, "No, that'll be there in thirty minutes." JONNELL L. AMMONS replied, "Oh yeah?" MCCORMICK stated, "Yeah." JONNELL L. AMMONS said, "Oh yeah. I need to load up on some of that. I need some." MCCORMICK replied, "It's gonna be a little dollar, though, but s—t…I need them. I went and got these, these, bro. I ain't gonna fake a ni—a, like I really had to like call another ni—a and s—t. I had to call a ni—a up the way." JONNELL L. AMMONS responded, "Man, be like, 'Man, bring them bitches down.'" MCCORMICK stated, "Yeah, I'm like s—t. But they supposed to, uh, them bitches supposed to be fifteens or whatever. They prolly tens." JONNELL L. AMMONS responded, "Prolly tens? What's the, what's the name (price) on them motherf—kers?" MCCORMICK answered, "Sixty-

five ($65 per gram of fentanyl)." JONNELL L. AMMONS replied, "Sixty-five?"
MCCORMICK said, "I'm makin' five dollars, bro . . . I'm just, ni—a, you can, you can get them
for sixty-five but I'm sayin' everybody else gotta give me like ninety, a hundred ($90 – $100 per
gram of fentanyl), bro. I ain't even gonna lie to you."

      sss.    On or about August 19, 2023, at approximately 10:58 p.m., JONNELL L.
AMMONS called MCCORMICK on the telephone and asked, "Where your ass at?"
MCCORMICK answered, "In traffic." JONNELL L. AMMONS replied, "There's no
[unintelligible] around?" MCCORMICK stated, "Yeah, there is. You want some? I told you I
gotta fix some more blitz (mix fentanyl with a cutting agent), brother." JONNELL L.
AMMONS responded, "Yeah, I'mma grab it. I'mma grab it, but I can't grab it right now."
MCCORMICK replied, "That's cool. I got you right now. I told you already." JONNELL L.
AMMONS asked, "A'right, uh, did you put some of it together (mix fentanyl with cutting
agent)?" MCCORMICK answered, "Yeah, it's the same light s—t." JONNELL L. AMMONS
replied, "Oh, it's the same [unintelligible] s—t." MCCORMICK responded, "It's a little . . .
strong. Same s—t, that's fine. It's the same s—t, though." JONNELL L. AMMONS asked,
"Did you put some of it together, though?" MCCORMICK answered, "Yeah." Later in the
conversation, MCCORMICK asked, "What you want?" JONNELL L. AMMONS answered,
"Give me what I asked for!" MCCORMICK replied, "Oh, okay. That's thirteen (13 grams of
fentanyl), then." JONNELL L. AMMONS stated, "Yeah, yeah, yeah. Thirteen." 
MCCORMICK responded, "A'right."

      ttt.    On or about August 21, 2023, at approximately 10:23 p.m.,
MCCORMICK called JONNELL L. AMMONS on the telephone and asked, "Where you's at?"
JONNELL L. AMMONS answered, "I'm at Moon (a house on Moon Street, Akron, Ohio). I can

use some more of, what's-its-name? I got none with me. Just give me, uh, ten of them bitches (10 grams of fentanyl) if you gonna come by here." Later in the conversation, MCCORMICK responded, "A'right, 'cause I'm 'bout'a meet your brother (JONEZ S. AMMONS) down that way." JONNELL L. AMMONS asked, "Them bitches (grams of fentanyl) the same what's-its-name?" MCCORMICK responded, "Yeah, ni—a." JONNELL L. AMMONS continued, "I need, uh, what's up? What you doin' this week? I'mma holler at you when you pull up." MCCORMICK agreed, "A'right."

uuu.    On or about August 21, 2023, at approximately 10:51 p.m., MCCORMICK arrived at an unknown female's residence and delivered ten grams of fentanyl to JONNELL L. AMMONS.

vvv.    On or about August 23, 2023, at approximately 1:10 p.m., JONNELL L. AMMONS called MCCORMICK on the telephone. During the conversation, JONNELL L. AMMONS asked, "Your ass got moe (more fentanyl)?" MCCORMICK answered, "Yeah." JONNELL L. AMMONS stated, "I'm gonna have to grab a little dime (10 grams of fentanyl) off you, and I ain't gonna cut it. Or did you get it all the way together (fentanyl already mixed with cutting agent)?" MCCORMICK asked, "You said you in the land (Cleveland)?" JONNELL L. AMMONS replied, "Yeah, yup." MCCORMICK stated, "A'right. Just call when you get down here."

www.    On or about August 23, 2023, at approximately 8:49 p.m., MCCORMICK arrived at the house on Moon Street, Akron, Ohio, and delivered ten grams of fentanyl to JONNELL L. AMMONS.

xxx.    On or about August 28, 2023, MCCORMICK and an unidentified female (UF-1) exchanged a series of text messages. At approximately 4:07 p.m., UF-1 sent

35

MCCORMICK a text message which read, "Yo u can pull up???" Less than one minute later, MCCORMICK responded by text message, "yeah what uo." UF-1 replied by text message, "I got 120 ($120)." MCCORMICK sent UF-1 a text message which read, "ok." At approximately 4:10 p.m., UF-1 sent MCCORMICK two text messages which read, "Is cash app cool?" and "Yes I got it all lol (laughing out loud)." At approximately 4:13 p.m., MCCORMICK answered by text message, "ok."

yyy.    On or about August 28, 2023. at approximately 4:57 p.m., MCCORMICK called AVERIETT on the telephone. During the conversation, MCCORMICK asked, "How close is you [unintelligible]?" AVERIETT answered, "Oh, s—t. I'm getting' off the e-way . . . Five minutes." MCCORMICK stated, "Ok." AVERIETT said, "[Unintelligible] tell her to, comin' outside, cuz." MCCORMICK replied, "A'ight."

zzz.    On or about August 28, 2023, at approximately 4:58 p.m., MCCORMICK sent UF-1 a text message which read, "5 min." At approximately 5:00 p.m., UF-1 replied by text message, "Kk."

aaaa.    On or about August 28, 2023, at approximately 5:05 p.m., AVERIETT called MCCORMICK on the telephone and stated, "Hello, I'm out here." MCCORMICK answered, "Ok."

bbbb.    On or about August 28, 2023, at approximately 5:06 p.m., MCCORMICK sent UF-1 a text message which read, "Ok, he out there." AVERIETT met with UF-1 and provided her a quantity of fentanyl.

cccc.    On or about August 28, 2023, at approximately 5:08 p.m., AVERIETT called MCCORMICK on the telephone. During the call, MCCORMICK stated, "She sent it.

She say 120." AVERIETT responded, "She makin' sure she, that you got it." MCCORMICK replied, "A'ight."

      dddd.  On or about August 31, 2023, MCCORMICK and UF-1 exchanged a series of text messages. At approximately 5:59 p.m. UF-1 sent MCCORMICK a text message which read, "Yo can u pull up." Less than one minute later, MCCORMICK responded by text message, "yeah." At approximately 6:00 p.m., UF-1 sent a text message to MCCORMICK which read, "I'm ready." At approximately 6:01 p.m., UF-1 sent MCCORMICK another text message which read, "what is that." Less than one minute later, MCCORMICK responded by text message, "120 ($120 worth of fentanyl)." At approximately 6:09 p.m., MCCORMICK sent UF-1 a text message which read, "On my way!" At approximately 6:47 p.m., MCCORMICK sent UF-1 another text message which read, "out side."

      eeee.  On or about August 31, 2023, at approximately 6:51 p.m., MCCORMICK called AVERIETT on the telephone and asked, "Did she come outside?" AVERIETT responded, "Hell nah." MCCORMICK stated, "That's what I'm sayin'." AVERIETT replied, "I turned around and everything." MCCORMICK said, "Man, she's not answering the phone, like." AVERIETT replied, "It was some, it was some white girl out her when I pulled up. It wasn't even her." At approximately 6:51 p.m., UF-1 sent MCCORMICK a text message which read, "Cimibg (coming)." Less than one minute later, MCCORMICK responded by text message, "outside." MCCORMICK said to AVERIETT, "Oh, she said here she comes." AVERIETT responded, "A'right...She CashApped you?" MCCORMICK replied, "Nah." AVERIETT asked, "How much she supposed to have?" MCCORMICK answered, "One-twenty ($120)...Ain't CashApped s—t." AVERIETT stated, "A'right, no, I'm just makin' sure 'cause she might say she CashApped you...Alright, she walkin' up now." MCCORMICK replied,

"A'right. See if she gonna CashApp you or if she got the money." AVERIETT met with UF-1 and provided her a quantity of fentanyl. AVERIETT stated to MCCORMICK, "No, she got it all cash here." MCCORMICK responded, "A'right." AVERIETT replied, "A'right. I'm on my way back."

ffff.   On or about September 14, 2023, at a house located on Essex Street, Akron, Ohio, MCCORMICK and AVERIETT possessed approximately 18.19 grams of fentanyl; a CZ model Scorpion Evo 3 S1 9mm caliber semiautomatic pistol, bearing serial number F014440, loaded with a large capacity magazine; and a Colt model AR-15A3 .223 caliber semiautomatic rifle, bearing serial number LBD015515, loaded with a large capacity magazine; ammunition; a digital scale with powder residue; plastic baggies; and $8,560 in U.S. Currency.

gggg.   On or about September 14, 2023, in a 2015 camouflage-colored Dodge Challenger bearing Ohio registration JLT4514 and parked at 1xxx Laurel Avenue, Akron, Ohio, JONNELL L. AMMONS possessed approximately 444 grams of methamphetamine.

hhhh.   On or about September 14, 2023, at 2xxx Triplett Boulevard, Akron, Ohio, SANDS possessed approximately 12.52 grams of methamphetamine.

iiii.   On or about January 18, 2024, at 1xxx Vernon Odom Boulevard, Akron, Ohio, MCCORMICK possessed approximately 14.71 grams of fentanyl, digital scales with powder residue, and drug packaging materials.

All in violation of in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6.      On or about September 14, 2023, in the Northern District of Ohio, Eastern

Division, Defendant TERRANCE D.N. MCCORMICK and JONTE AVERIETT did knowingly

and intentionally possess with the intent to distribute a mixture and substance containing a

detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and (b)(1)(C).


COUNT 3
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

7.      On or about September 14, 2023, in the Northern District of Ohio, Eastern

Division, Defendant TERRANCE D.N. MCCORMICK, knowing he had been previously

convicted of crimes punishable by imprisonment for a term exceeding one year, those being:

Aggravated Burglary, on or about June 2, 2003, in case number 2003-12-3901-A in the Court of

Common Pleas of Summit County, Ohio; Domestic Violence, on or about July 7, 2009, in case

number 2009-02-0374 in the Court of Common Pleas of Summit County, Ohio; Domestic

Violence, on or about March 14, 2013, in case number 2012-08-2279 in the Court of Common

Pleas of Summit County, Ohio; and Aggravated Trafficking in Drugs, on or about August 23,

2018, in case number 2018-06-1810 in the Court of Common Pleas of Summit County, Ohio,

knowingly possessed in and affecting interstate and foreign commerce firearms, to wit:

a CZ model Scorpion Evo 3 S1 9mm caliber semiautomatic pistol, bearing serial number

F014440; and a Colt model AR-15A3 .223 caliber semiautomatic rifle, bearing serial number

LBD015515, and ammunition, said firearms and ammunition having been shipped and

transported in interstate and foreign commerce, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Possession of Firearms in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

8.      On or about September 14, 2023, in the Northern District of Ohio, Eastern

Division, Defendant TERRANCE D.N. MCCORMICK did knowingly possess firearms, to wit: a

CZ model Scorpion Evo 3 S1 9mm caliber semiautomatic pistol, bearing serial number F014440;

and a Colt model AR-15A3 .223 caliber semiautomatic rifle, bearing serial number LBD015515,

in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United

States, those being, Conspiracy to Possess with Intent to Distribute and to Distribute

Methamphetamine and Fentanyl, as charged in Count 1 herein, and Possession with Intent to

Distribute Fentanyl, as charged in Count 2 herein, in violation of Title 18, United States Code,

Section 924(c)(1)(A)(i).

## COUNT 5
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

9.      On or about September 14, 2023, in the Northern District of Ohio, Eastern

Division, Defendant JONNELL L. AMMONS did knowingly and intentionally possess with the

intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

10.     Before Defendant JONNELL L. AMMONS committed the offense charged in this

count, the defendant had a final conviction for a serious drug felony, namely, a conviction under

Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute and

Distribution of Heroin, in United States District Court for the Northern District of Ohio case

number 5:12CR317, on or about February 5, 2013, for which he served more than 12 months

imprisonment and for which he was released from serving any term of imprisonment related to

that offense within 15 years of the commencement of the instant offense.

COUNT 6
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

11.     On or about September 14, 2023, in the Northern District of Ohio, Eastern

Division, Defendant TYLER J. SANDS did knowingly and intentionally possess with the intent

to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNTS 7-13
(Use of a Communication Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

12.     On or about the dates listed below, in the Northern District of Ohio, Eastern

Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a

communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21,

United States Code, Sections 846 and 841(a)(1):

| Count | Defendants | Date | Time (EST) |
|---|---|---|---|
| 7 | ASHLEY E. STEINER and TERRANCE D.N. MCCORMICK | May 7, 2023 | 10:57 p.m. |
| 8 | JONEZ S. AMMONS and TERRANCE D.N. MCCORMICK | May 11, 2023 | 1:46 p.m. |
| 9 | TYLER J. SANDS and TERRANCE D.N. MCCORMICK | June 30, 2023 | 12:18 p.m. |
| 10 | TERRANCE D.N. MCCORMICK and TYLER J. SANDS | June 30, 2023 | 12:35 p.m. |
| 11 | KARIM S. DAVIS and TERRANCE D.N. MCCORMICK | July 3, 2023 | 5:34 p.m. |
| 12 | JONNELL L. AMMONS and TERRANCE D.N. MCCORMICK | August 19, 2023 | 4:42 p.m. |
| 13 | JONTE J. AVERIETT and TERRANCE D.N. MCCORMICK | August 28, 2023 | 5:08 p.m. |

<u>FORFEITURE</u>

The Grand Jury further charges:

13.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code,

Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code,

Section 2461(c), the allegations of Counts 1 through 13, inclusive, are incorporated herein by

reference.  As a result of the foregoing offenses, Defendants TERRANCE D.N. MCCORMICK,

aka TNasty; JONEZ S. AMMONS, aka Nez; JONNELL L. AMMONS, aka Nell; KARIM S.

DAVIS; TYLER J. SANDS; ASHLEY STEINER; JONTE J. AVERIETT, aka Sticks, shall

forfeit to the United States any and all property constituting, or derived from, any proceeds they

obtained directly or indirectly as a result of the violations charged in Counts 1, 2, and 5-13,

inclusive; any property used or intended to be used, in any manner or part, to commit or to

facilitate the commission the violations charged in Counts 1, 2, and 5-13, inclusive; and any and all firearms and ammunition involved in or used in the commission of the federal firearm violations charged in Counts 3 and 4; including, but not limited to, the following:

a.  a CZ model Scorpion Evo 3 S1 9mm caliber semiautomatic pistol, bearing serial number F014440, seized from a house located on Essex Street, Akron, Ohio, on September 14, 2023;

b.  a Colt model AR-15A3 .223 caliber semiautomatic rifle, bearing serial number LBD015515, seized from a house located on Essex Street, Akron, Ohio, on September 14, 2023;

c.  a Rolex watch, model # 126300, bearing serial number 516574R7, seized from a house located on Essex Street, Akron, Ohio, on September 14, 2023;

d.  an orange in color 2022 Chevrolet Corvette, VIN 1G1YB3D42N5124110;

e.  $8,560 in U.S. Currency, seized from a house located on Essex Street, Akron, Ohio, on September 14, 2023; and

f.  miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.